June 15, 2006

**VIA ECF**
Honorable John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Parker v. City of New York, et al.
04cv2257 (JG) (MDG)

Dear Judge Gleeson,

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 28 2006 ★
**BROOKLYN OFFICE**

Denied.

So ordered

s/John Gleeson

USDJ
6-21-06

I trust all is well with you.

I am Stephen L. Drummond of the Law Firm of Drummond & Crawford, PC, attorneys for Plaintiff, Ms. Yolanda Parker in the above captioned matter. Please be advised that on June 13, 2006, the undersigned and Mr. Ayazi, counsel for the Defendants, conducted a telephone conference before the Honorable Magistrate Go during which the parties were unable to reach a settlement of the above captioned matter. As such, the matter will proceed to trial.

The undersigned writes to respectfully request an adjournment of the trial on the above captioned matter which is currently scheduled for July 10, 2006. I respectfully request the adjournment because one of Plaintiff's fact witnesses, Dr. Sheridan, who treated Plaintiff, is not available to testify at that time. Dr. Sheridan is available to testify on July 19, 2006 however, Mr. Ayazi is not available at said time. The undersigned will then be engaged in military duty for two weeks from the last week of July 2006 into the first week of August 2006 and Mr. Ayazi is not available for the entire month of August. The undersigned will then be engaged in a criminal trial on September 18, 2006. As such, the undersigned respectfully requests that the trial on the above captioned matter be adjourned to either the first week of September 2006 or the last week of September 2006. No such prior application has been made and Defense counsel consents to the foregoing request.

Assuming that this Court grants the foregoing request, the parties respectfully request that this Court grant the following pre-trial schedule as discussed during the aforementioned conference before Judge Go:

1. Parties to exchange witness list and Exhibits by July 15, 2006; and
2. Written Motions in Limine to be filed on August 5, 2006.

As such, it is respectfully requested that the trial on the above captioned matter be adjourned to the first week in September 2006 or the last week in September 2006 and that this Honorable Court grant the foregoing pre-trial schedule.

Thank you for your time and attention to this matter. Should you have any questions regarding the foregoing, kindly contact the undersigned.

Very truly yours,

STEPHEN L. DRUMMOND (SLD 7359)
Court-03

cc:  Mr. A. Ali Ayazi
     (Via ECF)